**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | \| |
| Plaintiff, | \| |
| | \| |
| -vs- | \| Case No.     4:04-CR-0466-HEA |
| | \| |
| | \| |
| ANTHONY PHINNEY, | \| |
| Defendant. | \| |

## ORDER

The purpose for which cash bail was posted in the above styled matter having now been served, the Clerk is hereby ORDERED to draw a Registry Check in the sum of $\underline{\quad 5,000.00 \quad}$ to the surety of record.

_____
UNITED STATES DISTRICT JUDGE

Dated this 27th day of January, 2006.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## VERIFICATION OF DEFENDANT'S STATUS
(to be completed by the District Court)

I certify that the amount of the bond listed above is being held in the Registry of the United States District Court-Eastern District of Missouri. I also certify that the status of the defendant is such that the conditions of the bond have been met as of this 27TH day of __January__, 2006.

/s/ Cindy Kornberger
Deputy Clerk